

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00292-CR

## EX PARTE CHRISTOPHER ROLAND FENNER

**Original Proceeding**

**From the 249th District Court**
**Somervell County, Texas**
**Trial Court No. 249-00724**

## MEMORANDUM OPINION

In a "Special Plea of Double Jeopardy," filed in this Court on September 13, 2024, Christopher Roland Fenner wants to be released from prison. He asserts he is being held illegally because he was discharged from a conviction on the same facts as a later conviction in trial court number 249-00724, thus violating the double jeopardy provisions in both the United States and Texas Constitutions. Essentially, Fenner is requesting post-conviction relief.

As an intermediate appellate court in Texas, our jurisdiction is limited. We do not have jurisdiction of any request for post-conviction relief in a felony proceeding. *See Olivo v. State*, 918 S.W.2d 519, 525 n.8 (Tex. Crim. App. 1996); *see also* TEX. CODE CRIM. PROC.

arts. 11.05, 11.07; *Ex parte Mendenhall*, 209 S.W.3d 260, 261 (Tex. App.—Waco 2006, no pet.).  Fenner is serving 20 years for the felony conviction of indecency with a child.  *See Fenner v. State*, 571 S.W.3d 892 (Tex. App.—Waco 2019, pet. ref'd).  Because we have no jurisdiction, this proceeding is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Dismissed
Opinion delivered and filed September 26, 2024
Do not publish
[OT06]

